**SEHBAI, A.**

v.

**STATE BD. OF MEDICINE**

**1743 CD 2016**

Commonwealth Court of Pennsylvania.

09/27/2017

Bureau of Professional and Occupational Affairs, Docket No. 0791–49–15

Affirmed

**E., U.**

v.

**DHS (Sealed)**

**1680 CD 2016**

Commonwealth Court of Pennsylvania.

09/28/2017

Department of Human Services, Bureau of Hearings and Appeals, 021–16–0211

Reversed/Remanded

**LACKAWANA CO. DHS Office of Youth & Family**

v.

**DHS**

**102 CD 2017**

Commonwealth Court of Pennsylvania.

09/28/2017

Department of Human Services, Bureau of Hearings and Appeals, 21–16–0713

Affirmed

**PRICE, D.**

v.

**C.O. SIMCOX, et al.**

**307 CD 2017**

Commonwealth Court of Pennsylvania.

09/28/2017

Centre County Civil Division, 2017–447

Affirmed